No. 73–593.   CENTRAL TABLET MANUFACTURING CO. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari granted.

No. 73–662.   SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* COUNCILMAN.   C. A. 10th Cir.   Certiorari granted.

No. 73–629.   KOSYDAR, TAX COMMISSIONER OF OHIO *v.* NATIONAL CASH REGISTER CO.   Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted.

No. 73–5280.   FULLER *v.* OREGON.   Ct. App. Ore.   Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–6699.   JONES *v.* GILMORE.   C. A. 5th Cir.   Certiorari denied.

No. 73–115.   SCHLESINGER ET AL. *v.* TEITELBAUM, U. S. DISTRICT JUDGE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 73–433.   HARNEY ET AL. *v.* GRINER ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 73–491.   LIVINGSTON *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 73–501.   EARLEY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 73–516.   SELIGSOHN *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.